**JUDGE CHIN**

FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 0335)



JUN 0 7 2007

07 CV 5331

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STELIOS B. MARITIME LIMITED,

          Plaintiff,

  - against --

ANHUI LIGHT INDUSTRIAL IMP. & EXP.
CO., LTD. and ANHUI LIGHT INDUSTRIES
INTERNATIONAL CO., LTD.,

          Defendants.
------------------------------------------------------------x

07 CV

**RULE 7.1 STATEMENT**

Plaintiff STELIOS B. MARITIME LIMITED by and through its attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (nongovernmental) party, that has no corporate parents and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       June 7, 2007

                        FREEHILL HOGAN & MAHAR, LLP
                        Attorneys for Plaintiff
                        STELIOS B. MARITIME LIMITED

                        By: _____
                        Peter J. Gutowski (PG 2200)
                        Pamela L. Schultz (PS 0335)
                        80 Pine Street
                        New York, NY 10005
                        (212) 425-1900
                        (212) 425-1901 fax

NYDOCS1/284569.1