195-07/PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY  10005
(212) 425-1900
(212) 425-1901 fax

Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 0335)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
STELIOS B. MARITIME LIMITED,                    07 Civ. 5331 (DC)

                    Plaintiff,
                                                **NOTICE OF APPEARANCE**

    -against-

ANHUI LIGHT INDUSTRIAL IMP. & EXP.
CO., LTD. and ANHUI LIGHT INDUSTRIES
INTERNATIONAL CO., LTD.,

                    Defendants.
-----------------------------------------------------------------x

SIRS:

       Please enter the additional appearance of the undersigned on behalf of the Plaintiff,

STELIOS B. MARITIME LIMITED, to receive ECF notices in the above matter.

       We certify that we are admitted to practice in this Court.

Dated:  New York, New York
         June 13, 2007          FREEHILL HOGAN & MAHAR, LLP
                                         Attorneys for Plaintiff GE SEACO SRL

                              By:   /s/ Pamela L. Schultz
                                    Pamela L. Schultz (PS 0335)
                                    80 Pine Street
                                    New York, NY  10005
                                    (212) 425-1900
                                    (212) 425-1901 fax