Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634

*Attorneys for Garnishee Standard Chartered Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
STELIOS B. MARITIME LIMITED,

                                     Plaintiff,          07 CIV 5331 (DC)

       -against-

ANHUI LIGHT INDUSTRIAL IMP. & EXP.     ANSWER OF GARNISHEE
CO. LTD. and ANHUI LIGHT INDUSTRIES    STANDARD CHARTERED BANK IN
INTERNATIONAL CO., LTD.,                        RESPONSE TO MARITIME
                                                           ATTACHMENT AND GARNISHMENT

                                    Defendants.
-------------------------------------------------------------x

TO THE MARSHALL OF THE SOUTHERN DISTRICT OF NEW YORK:

In compliance with Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and in reference to that certain Process of Maritime Attachment and Garnishment, dated June 8, 2007, as initially served upon garnishee STANDARD CHARTERED BANK, One Madison Avenue, New York, New York 10010 and again thereafter; garnishee STANDARD CHARTERED BANK, by its attorneys Kravet & Vogel, LLP, as its verified answer does hereby state that on the date of service upon garnishee of another copy of the aforementioned Process of Maritime Attachment and Garnishment, and as of the date of this response, STANDARD CHARTERED BANK, New York Branch, had no property or assets in its possession or custody owing or belonging to the defendants, except for the following seven (7) wire

#1125                                            1

transfers which have been restrained pending further court order pursuant to the aforesaid Process of Maritime Attachment and Garnishment:

Wire No. 1:

| | |
|---|---|
| Transaction Reference: | 20070613-00039786 |
| Sender Reference Number: | TR 6 - 139 |
| Wire Transfer Request Received (NY): | June 13 2007 |
| Value Date: | June 13, 2007 |
| Amount of Wire: | US$28,110.00 |
| Amount Restrained: | US$28,110.00 |
| Originator: | Fouani Brothers Corporation (Monrovia Liberia) |
| Originator's Bank: | Standard Chartered Bank<br>Treasury Acct<br>21/FL New London Bridge House<br>London SE1 9TB England |
| Beneficiary: | **Anhui Light Industries Intl Co, Ltd**<br>Anhui, China |
| Beneficiary Bank: | Bank of China<br>(Anhui Branch)<br>155 Changjiang Road<br>Hefei, CN |

Wire No. 2:

| | |
|---|---|
| Transaction Reference: | 20070614-00014082 |
| Sender Reference Number: | 2020T07061400532 |
| Wire Transfer Request Received (NY): | June 14 2007 |
| Value Date: | June 14, 2007 |
| Amount of Wire: | US$22,400.00 |
| Amount Restrained: | US$22,400.00 |
| Originator: | Worldwide Forex Ltd<br>No. 91A G F<br>Chung King Mansion<br>No. 36 44 Nathan Road |
| Originator's Bank: | Standard Chartered Bank HK Ltd<br>4-4A Des Voeux Road Central<br>Hong Kong |
| Beneficiary: | **Anhui Light Industries Intl Co, Ltd** |
| Beneficiary Bank: | Bank of China<br>313 Middle Changjiang Rd, Hefei China |

<u>Wire No. 3</u>:

| | |
|---|---|
| Transaction Reference: | 20070614-00030549 |
| Sender Reference Number: | TTZK600200704508 |
| Wire Transfer Request Received (NY): | June 14 2007 |
| Value Date: | June 14, 2007 |
| Amount of Wire: | US$7,585.00 |
| Amount Restrained: | US$7,585.00 |
| Originator: | **Anhui Light Industries Intl. Co., Ltd**<br>19 Meishan Road<br>Hefei, Anhui, China 230022 |
| Originator's Bank: | Bank of Communications<br>(Hefei Branch)<br>Hefei, CN<br>Hefei, China |
| Instructing Bank: | Bank of Communications<br>Head Office<br>188 Yin Cheng Road Central<br>Shanghai 200120, China |
| Beneficiary: | Kwong Fung (HK) Co., Limited |
| Beneficiary Bank: | Standard Chartered Bank (China) Limited<br>(Shenzhen Branch)<br>Shenzhen, CN |

<u>Wire No. 4</u>:

| | |
|---|---|
| Transaction Reference: | 20070615-00059298 |
| Sender Reference Number: | 340890 |
| Wire Transfer Request Received (NY): | June 18 2007 |
| Value Date: | June 18, 2007 |
| Amount of Wire: | US$2,442.00 |
| Amount Restrained: | US$2,442.00 |
| Originator: | DH Empresas S A Tocornal 356<br>Santiago, Chile |
| Originator's Bank: | Banco Bilbao Vizcaya Argentaria<br>Huerfanos 1234, Piso 5<br>Santiago, Chile |
| Beneficiary: | **Anhui Light Industries International Co., Ltd** |
| Beneficiary Bank: | Bank of China<br>(Anhui Branch)<br>155 Changjiang Road<br>Hefei, CN |

Wire No. 5:

| | |
|---|---|
| Transaction Reference: | 20070619-00027895 |
| Sender Reference Number: | TROUSD07017816 |
| Wire Transfer Request Received (NY): | June 19 2007 |
| Value Date: | June 19, 2007 |
| Amount of Wire: | US$4,985.00 |
| Amount Restrained: | US$4,985.00 |
| Originator: | Franklin Business Int. Ltd. |
| | 43/45 Obun Eko Street Idumota |
| | Lagos, Nigeria |
| Originator's Bank: | First City Monument Bank |
| | Primrose Tower |
| | 17A Tinubu Street |
| | Lagos, NG |
| Beneficiary: | **Anhui Light Industries International Co., Ltd** |
| | 313 Changjiang Mid-Road |
| | Hefei, Anhui |
| | China |
| Beneficiary Bank: | Bank of China |
| | (Anhui Branch) |
| | 155 Changjiang Road |
| | Hefei, CN |

Wire No. 6:

| | |
|---|---|
| Transaction Reference: | 20070618-00051071 |
| Sender Reference Number: | 0190034011110114 |
| Wire Transfer Request Received (NY): | June 19 2007 |
| Value Date: | June 19, 2007 |
| Amount of Wire: | US$19,165.74 |
| Amount Restrained: | US$19,165.74 |
| Originator: | Bittrich Industrial SAC |
| | Calle Camino Real 1801 |
| | Lima, Peru |
| Originator's Bank: | Banco Continental |
| | Avda Republica De Panama 3065 |
| | San Isidro |
| | Lima 27, Peru |
| Beneficiary: | **Anhui Light Industries International Co., Ltd** |
| | Alic Mansion 19 Meishan Road |
| | Hefei, China |
| Beneficiary Bank: | Bank of China |
| | (Anhui Branch) |
| | 155 Changjiang Road |
| | Hefei, CN |

Wire No. 7:

| | |
|---|---|
| Transaction Reference: | 20070620-00044754 |
| Sender Reference Number: | TROUSD07017878 |
| Wire Transfer Request Received (NY): | June 20 2007 |
| Value Date: | June 20, 2007 |
| Amount of Wire: | US$9,985.00 |
| Amount Restrained: | US$9,985.00 |
| Originator: | Chigomek Int'l Resources Ltd |
| | 41/43 Obun-Eko Street |
| | Idumota |
| | Lagos State Nigeria |
| Originator's Bank: | First City Monument Bank |
| | Primrose Tower |
| | 17A Tinubu Street |
| | Lagos, NG |
| Beneficiary: | **Anhui Light Industries International Co., Ltd** |
| | 313 Changjiang Mid Road |
| | Hefei Anhui, China |
| Beneficiary Bank: | Bank of China |
| | (Anhui Branch) |
| | 155 Changjiang Road |
| | Hefei, CN |

Dated:   New York, New York
         June 21, 2007

KRAVET & VOGEL, LLP

By: _____
    Joseph A. Vogel (JV-5533)

1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634
*Attorneys for Garnishee Standard Chartered Bank*

TO:   Freehill Hogan & Mahar LLP
      80 Pine Street
      New York, New York 10005
      (212) 425-1900

      *Attorneys for Plaintiff*

#1125                              5

## VERIFICATION

STATE OF NEW YORK            )
                             )ss.:
COUNTY OF NEW YORK           )

JAYSON JARUSHEWSKY, being duly sworn, deposes and states as follows: I am an Executive Vice President and Head of Legal –The Americas, for Standard Chartered Bank, and have reviewed the contents of the forgoing Answer of Garnishee Standard Chartered Bank in Response to Maritime Attachment and Garnishment and know the contents thereof and that the same are true as to my own personal knowledge, except as to those matters stated to be upon information and belief, and as to those matters I believe them to be true. I base my information upon personal knowledge and a review of the Bank's files relating to this matter.

_____
JAYSON JARUSHEWSKY

Sworn to before me this
___ day of June 2007

_____
Notary Public

JOHN M. CARTER
NOTARY PUBLIC, State of New York
No. 02CA6072821
Qualified in New York County
Commission Expires 04/15/2010

#1125                                    6