195-07/PJG
FREEHILL, HOGAN & MAHAR LLP
Attorneys for Plaintiff
STELIOS B. MARITIME LIMITED
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-18-2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
STELIOS B. MARITIME LIMITED,

                                  Plaintiff,

- against -

ANHUI LIGHT INDUSTRIAL IMP. & EXP. CO.,
LTD. and ANHUI LIGHT INDUSTRIES
INTERNATIONAL CO., LTD.

                                  Defendants.
----------------------------------------------------------------x

07-CV-5331 (DC)

STIPULATION REGARDING
PARTIAL RELEASE OF
FUNDS UNDER
ATTACHMENT

IT IS HEREBY STIPULATED AND AGREED, between the parties to this action that the transfers identified below which were restrained pursuant to the Process of Maritime Attachment obtained by plaintiff in this action may be released from attachment and sent to the originally intended beneficiary pursuant to the original wire transfer instructions.

| Garnishee Bank | Date | Amount to be Transferred |
|---|---|---|
| Citibank | 6/20/07 | $4,000.00 |
| Citibank | 6/25/07 | $10,000.00 |
| Citibank | 6/29/07 | $10,000.00 |
| Citibank | 7/3/07 | $1,573.80 |
| Citibank | 7/3/07 | $9,975.00 |
| Citibank | 7/6/07 | $6,364.02 |
| Deutsche Bank | 6/13/07 | $13,940.00 |

NYDOCS1/286884.1

127794.00601/6560725v.1

| | | |
|---|---|---|
| Deutsche Bank | 6/13/07 | $61,534.62 |
| Deutsche Bank | 7/2/07 | $4,500.00 |
| Deutsche Bank | 6/12/07 | $10,390.00 |
| Deutsche Bank | 6/14/07 | $10,565.10 |
| Deutsche Bank | 6/14/07 | $10,000.00 |
| Deutsche Bank | 6/14/07 | $4,470.00 |
| Deutsche Bank | 6/15/07 | $5,000.00 |
| Deutsche Bank | 6/15/07 | $2,015.00 |
| Deutsche Bank | 6/15/07 | $16,119.00 |
| Deutsche Bank | 6/27/07 | $4,000.00 |
| JP Morgan Chase | 6/13/07 | $49,676.00 |
| JP Morgan Chase | 6/15/07 | $10,000.00 |
| JP Morgan Chase | 7/5/07 | $5,800.00 |
| Standard Chartered Bank | 6/13/07 | $28,110.00 |
| Standard Chartered Bank | 6/14/07 | $22,400.00 |
| Standard Chartered Bank | 6/19/07 | $4,985.00 |
| Standard Chartered Bank | 6/19/07 | $9,985.00 |
| Standard Chartered Bank | 6/14/07 | $7,585.00 |
| The Bank of New York | 6/12/07 | $19,838.00 |
| The Bank of New York | 6/13/07 | $4,000.00 |
| The Bank of New York | 6/15/07 | $121,186.20 |
| Wachovia | 6/13/07 | $24,315.00 |
| Wachovia | 6/13/07 | $15,426.00 |
| Wachovia | 6/14/07 | $9,270.00 |
| Wachovia | 6/15/07 | $8,000.00 |
| Wachovia | 6/26/07 | $5,000.00 |
| Wachovia | 7/6/07 | $3,500.00 |
| Wachovia | 7/11/07 | $4,000.00 |
| Total: | | $537,522.74 |

IT IS FURTHER HEREBY STIPULATED AND AGREED, that nothing herein shall be deemed an admission of any kind nor a waiver of any defense the defendants may have in respect of the claims and/or remaining attachments herein, including but not limited to those relating to jurisdiction, sovereign immunity, arbitration and/or the sufficiency of plaintiff's pleadings in this action.

NYDOCS1/286884.1                    2

127794.00601/6560725v.1

Dated: New York, New York
       July 16, 2007

| FREEHILL HOGAN & MAHAR, LLP | BLANK & ROME, LLP |
| --- | --- |
| Attorneys for Plaintiff | Attorneys for Defendants |

By: _____
Pamela L. Schultz
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

By: _____
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-270
(917) 332-3795 (fax)

SO ORDERED.

USDJ
7/17/07