**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/2007
```

STELIOS B MARITIME LIMITED,

    Plaintiff,

v.

ANHUI LIGHT INDUSTRIAL IMP.
& EXP. CO. LTD. and ANHUI LIGHT
INDUSTRIES INTERNATIONAL CO.,
LTD.,

    Defendant

07 CV 5331 (DC)

**CONSENT ORDER RELEASING FUNDS AND DISCONTINUING ACTION**

    WHEREAS on June 7, 2007 STELIOS B MARITIME LIMITED filed this action against ANHUI LIGHT INDUSTRIAL IMP.& EXP. CO. LTD. and ANHUI LIGHT INDUSTRIES INTERNATIONAL CO., LTD., and obtained the issuance of Process of Maritime Attachment and Garnishment ("PMAG"), which was subsequently served on several banks as garnishees, and

    WHEREAS various banks have reported restraining funds of ANHUI LIGHT INDUSTRIAL IMP.& EXP. CO. LTD. and/or ANHUI LIGHT INDUSTRIES INTERNATIONAL CO. LTD. pursuant to said PMAG, and

    WHEREAS the parties have agreed said funds are to be released to ANHUI LIGHT INDUSTRIAL IMP.& EXP. CO. LTD. and ANHUI LIGHT INDUSTRIES INTERNATIONAL CO., LTD., respectively,

    NOW, on the subjoined consent of the parties' attorneys, it is

127794.00601/6594201v.1

ORDERED that the aforesaid PMAGs are hereby vacated, and it is further

ORDERED that each of the banks restraining funds as property of ANHUI LIGHT INDUSTRIAL IMP.& EXP. CO. LTD. shall transfer all such funds to ANHUI LIGHT INDUSTRIAL IMP.& EXP. CO. LTD., to an account to be designated by Defendants' attorneys, Blank Rome, LLP, and it is further

ORDERED that each of the banks restraining funds as property of ANHUI LIGHT INDUSTRIES INTERNATIONAL CO., LTD. shall transfer all such funds to ANHUI LIGHT INDUSTRIES INTERNATIONAL CO., LTD., to an account to be designated by Blank Rome, LLP, and it is further

ORDERED that upon the aforesaid transfer of funds, this matter shall be discontinued with prejudice and without costs to either party.

Dated: December 7, 2007

HON. DENNY CHIN
UNITED STATES DISTRICT JUDGE

Entry of the above order is consented to.

Freehill, Hogan & Mahar LLP
Attorneys for Plaintiff

By_____
Peter J. Gutowski (PG2200)
80 Pine Street
New York, N.Y. 10005
(212) 425-1900

Blank Rome LLP
Attorneys for Defendants

by_____
Jack A. Greenbaum (JG 0039)
405 Lexington Ave.
New York, N.Y. 10174
(212) 885-5000

2

127794.00601/6594201v.1